# Exhibit A

# AFFIDAVIT OF PROCESS SERVER

## In The United States District Court for the District of Columbia

Elena Titova

    Plaintiff(s),

vs.

Antony J. Blinken, in his official capacity as Secretary of the United States Department of State, et al

    Defendant(s).

Attorney: Amir H. Toossi

Akrivis Law Group, PLLC
747 Third Avenue, 32nd Floor
New York NY 10022



*298744*

**Case Number: 1:23-cv-01751-RC**

Legal documents received by Same Day Process Service, Inc. on **06/16/2023** at **4:32 PM** to be served upon **Hon. Merrick Garland, United States Attorney General at 950 Pennsylvania Ave., NW, Washington, DC 20530-0001**

I, **Cora Heishman**, swear and affirm that on **June 27, 2023** at **4:56 AM**, I did the following:

Served **Hon. Merrick Garland, United States Attorney General** by delivering a conformed copy of the **Summons in a Civil Action; Complaint for Declaratory and Injunctive Relief; Civil Cover Sheet; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge** by **Certified Mailing to** **Hon. Merrick Garland, United States Attorney General** at **950 Pennsylvania Ave., NW , Washington, DC 20530-0001**.

**Supplemental Data Appropriate to this Service:** On 06/21/2023, a copy of the legal documents was certified mailed to the subject with receipt number: 70221670000102083766 to the address of: 950 Pennsylvania Ave., NW, Washington, DC 20530-0001. A search of the USPS website found the legal documents were delivered on 06-27-2023 at 4:56 am. The domestic return receipt has not yet been returned.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Cora Heishman**
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:298744

