UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

------------------------------------------------------------ x
ELENA TITOVA                                              :
    Banyan Tree Residences                                :
    Apt. 2308                                             :
    Hillside                                              :
    Dubai, United Arab Emirates                           :
                                                          :
        Plaintiff,                    :
                                                          :  Case No. 23-CV-1751-RC
  - against -                                              :
                                                          :
ANTONY J. BLINKEN                                         :  **NOTICE OF VOLUNTARY**
    in his official capacity as                           :  **DISMISSAL WITHOUT**
    Secretary of the United States                        :  **PREJUDICE**
    Department of State                                   :
    2201 C St., NW                                        :
    Washington, D.C. 20520                                :
                                                          :
THE UNITED STATES                                         :
DEPARTMENT OF STATE                                       :
    2201 C St., NW                                        :
    Washington, D.C. 20520                                :
                                                          :
JIM MULLINAX,                                             :
    in his official capacity as                           :
    Director of the                                       :
    United States Department of State                     :
    Bureau of Economic and Business Affairs               :
    Office of Economic Sanctions Policy                   :
    & Implementation                                      :
    2201 C St., NW                                        :
    Suite 4657                                            :
    Washington, D.C. 20520                                :
                                                          :
THE UNITED STATES DEPARTMENT OF                           :
STATE, OFFICE OF ECONOMIC                                 :
SANCTIONS POLICY AND                                      :
IMPLEMENTATION                                            :
    2201 C St., NW                                        :
    Suite 4657                                            :
    Washington, D.C. 20520                                :
                                                          :

| | |
|---|---|
| JANET YELLEN, | : |
|     in her official capacity as | : |
|     Secretary of the United States | : |
|     Department of the Treasury | : |
|     1500 Pennsylvania Ave., NW | : |
|     Washington, D.C. 20220 | : |
| | : |
| THE UNITED STATES DEPARTMENT OF | : |
| THE TREASURY, | : |
|     1500 Pennsylvania Ave., NW | : |
|     Washington, D.C. 20220 | : |
| | : |
| ANDREA M. GACKI, | : |
|     in her official capacity as | : |
|     Director of the | : |
|     United States Department of the Treasury | : |
|     Office of Foreign Assets Control | : |
|     1500 Pennsylvania Ave., NW-Annex | : |
|     Washington, D.C. 20220 | : |
| | : |
|     and | : |
| | : |
| THE UNITED STATES DEPARTMENT | : |
| OF THE TREASURY, OFFICE OF FOREIGN | : |
| ASSETS CONTROL, | : |
|     1500 Pennsylvania Ave., NW-Annex | : |
|     Washington, D.C. 20220 | : |
| | : |
|                    Defendants. | : |
| ----------------------------------------------------------- x | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

WHEREAS, on July 20, 2023, Defendant OFAC removed Plaintiff Elena Titova's name from the Specially Designated Nationals and Blocked Persons List (the "SDN List") and her sanctions designation was rescinded; and

WHEREAS, Defendant OFAC's action effectively indicates that it approved Plaintiff's administrative request for reconsideration of her sanctions designation; and

WHEREAS, the instant action sought relief in the form of the defendants adjudicating the Plaintiff's administrative request for reconsideration of her sanctions designation and the removal of her name from the SDN List.

NOW, THEREFORE, Plaintiff, Elena Titova, hereby dismisses this action in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: July 26, 2023

Respectfully submitted,

/s/ Amir H. Toossi
Amir H. Toossi
Akrivis Law Group PLLC
747 Third Avenue, 32nd Floor
New York, NY 10022
Telephone: (646) 280-6370
Email: atoossi@akrivislaw.com
Bar ID: NY0529

/s/ Farhad Alavi
Akrivis Law Group PLLC
5335 Wisconsin Avenue, Suite 440
Washington, D.C. 20015
Telephone: (202) 730-1271
Email: falavi@akrivislaw.com
Bar ID: 500560

*Counsel for Elena Titova*